IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BOBBY E. BURTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-178-M-BQ ) |
| DAVID VACELL, | ) ) |
| Respondent. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus is **DISMISSED** without prejudice for want of prosecution and for failure to comply with the Court's prior orders.

SIGNED this 30th day of November, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE